## IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HAMMOND MURPHY, | |
| Plaintiff, | Lead Case No. 1:21-cv-39-RAL |
| v. | |
| CURIOUSER PRODUCTS., INC., | |
| Defendant. | |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Anthony Hammond Murphy and Defendant

Curiouser Products, Inc. have reached an agreement in principle that will resolve the claims

alleged in the member case, *Murphy v. Curiouser Products, Inc.*, Case No. 1:21-cv-39-RAL.

Plaintiff anticipates filing a Notice of Dismissal With Prejudice within thirty (30) days of this

notice.

Respectfully Submitted,


Dated: April 16, 2021                    */s/ Lawrence H. Fisher*

Lawrence H. Fisher, Esq.
Pennsylvania ID: 67667
**LAW FIRST**
One Oxford Centre
301 Grant St., Suite 270
Pittsburgh, PA 15219
Telephone: (412) 577-4040

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, April 15, 2021, a true and correct copy of the foregoing

Notice of Settlement was filed on the Court's CM/ECF system and will be served upon all

counsel of record.

Respectfully Submitted,

Dated: April 16, 2021

*/s/ Lawrence H. Fisher*

Lawrence H. Fisher, Esq.
Pennsylvania ID: 67667
**LAW FIRST**
One Oxford Centre
301 Grant St., Suite 4300
Pittsburgh, PA 15219
Telephone: (412) 577-4040